No. 68599.—Castelazo & Associates, a/c The Westbrass Co. *v.* United States, protest 63/12394 (Los Angeles).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of brass aerators similar in all material respects to those the subject of Abstract 65882, the claim of the plaintiff was sustained.